IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 10-cv-02936-MSK-CBS

ST. PAUL FIRE AND MARINE INSURANCE COMPANY, and
THE TRAVELERS INDEMNITY COMPANY OF AMERICA,

    Plaintiffs and Counterclaim Defendants,

v.

THE NORTH RIVER INSURANCE COMPANY, and
UNITED STATES FIRE INSURANCE COMPANY,

    Defendants and Counterclaim Plaintiffs,

v.

THE CHARTER OAK FIRE INSURANCE COMPANY,

    Counterclaim Defendant.

---

THE NORTH RIVER INSURANCE COMPANY,
UNITED STATES FIRE INSURANCE COMPANY,

    Defendants/Third-Party Plaintiffs,

v.

THE CHARTER OAK FIRE INSURANCE COMPANY,
CONTINENTAL CASUALTY COMPANY, and
VALLEY FORGE INSURANCE COMPANY,

    Third-Party Defendants.

---

**MINUTE ORDER**

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

THIS MATTER IS before the Court on The North River Insurance Company and United States Fire Insurance Company's Unopposed Motion for Leave to File Their Amended Third-Party Complaint (*doc # 38*), filed February 28, 2011.  IT IS HEREBY ORDERED that the instant motion is GRANTED, and that the Amended Third-Party Complaint (*doc # 38-1*) is accepted for filing as of the date of this order.

**DATED:**        March 2, 2011