IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02936-MSK-CBS

ST. PAUL FIRE AND MARINE INSURANCE COMPANY, and
THE TRAVELERS INDEMNITY COMPANY OF AMERICA,

    Plaintiffs and Counterclaim Defendants,

v.

THE NORTH RIVER INSURANCE COMPANY, and
UNITED STATES FIRE INSURANCE COMPANY,

    Defendants and Counterclaim Plaintiffs,

v.

THE CHARTER OAK FIRE INSURANCE COMPANY,

    Counterclaim Defendant.

---

THE NORTH RIVER INSURANCE COMPANY,
UNITED STATES FIRE INSURANCE COMPANY,

    Defendants/Third-Party Plaintiffs,

v.

THE CHARTER OAK FIRE INSURANCE COMPANY,
CONTINENTAL CASUALTY COMPANY, and
VALLEY FORGE INSURANCE COMPANY,

    Third-Party Defendants.

---

**MINUTE ORDER**

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    THIS MATTER IS before the court on the Motion of Eileen N. Miller to Withdraw as Co-Counsel (*doc # 53*) for Third-Party Defendants Valley Forge Insurance Company and Continental Casualty Company, filed April 15, 2011.  IT IS HEREBY ORDERED that the instant motion is GRANTED, and Eileen N. Miller is terminated as counsel of record in this action.  The Clerk of Court is

instructed to terminate electronic notification to Ms. Miller and to remove her from the Notice of Electronic Filing.

**DATED:** April 18, 2011