**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 10-cv-02936-MSK-CBS | FTR - Reporter Deck-Courtroom A402 |
| Date:          October 4, 2011 | Courtroom Deputy: Robin Mason and Emily Seamon |

| | |
|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY, THE TRAVELERS INDEMNITY COMPANY OF AMERICA,<br><br>     Plaintiffs,<br><br>v.<br><br>THE NORTH RIVER INSURANCE COMPANY, UNITED STATES FIRE INSURANCE COMPANY,<br><br>     Defendants. | Laura Schneider<br><br><br><br><br><br><br><br>Michael Gregg |
| UNITED STATES FIRE INSURANCE COMPANY, THE NORTH RIVER INSURANCE COMPANY,<br><br>     Counter Claimants,<br><br>v.<br><br>THE CHARTER OAK FIRE INSURANCE COMPANY, ST. PAUL FIRE AND MARINE INSURANCE COMPANY,<br><br>     Counter Defendants. | |
| UNITED STATES FIRE INSURANCE COMPANY, NORTH RIVER INSURANCE COMPANY,<br><br>     Third Party Plaintiffs,<br><br>v.<br><br>THE CHARTER OAK FIRE INSURANCE COMPANY, CONTINENTAL CASUALTY COMPANY,<br><br>VALLEY FORGE INSURANCE COMPANY,<br><br>     Third Party Defendants. | <br><br><br><br><br><br><br><br><br><br>Cathleen Heintz<br>George Allen |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   TELEPHONIC MOTION HEARING**
**Court in Session:     3:03 p.m.**
Court calls case.  Appearances of counsel.

Discussion between the Court and counsel regarding Plaintiff's Unopposed Motion to Amend Scheduling Order.  The Court cannot extend deadlines except for extraordinary circumstances per Judge Krieger's practice standards.

Discussion regarding extension of time for submission of the Dispositive Motion.

**ORDERED:**  Plaintiffs, St. Paul Fire and Marine Insurance Company and the Travelers Indemnity Company of America's, and Third-Party Defendant, the Charter Oak Fire Insurance Company's, Unopposed Motion to Amend Scheduling Order [Doc. No. 71] is GRANTED IN PART AND DENIED IN PART.  The motion is granted to the extent that the dispositive motion deadline is extended to **December 2, 2011**.

HEARING CONCLUDED.

**Court in recess**:     **3:34 p.m.**
Total time in court:    00:31

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.